UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

J.P.E.H., by his parent and next
friend, Elizabeth J. Campbell,
    Plaintiff

    v.                                      Civil No. 07-cv-276-SM

Hooksett School District, et al.,
    Defendants

**O R D E R**

Denied (document no. 10). There does not appear to be any reason to rename the document, or append it to the complaint. The court assumes that the document described is that filed as docket entry number 4. If so, it is already part of the record and need not be "renamed" or appended to the complaint. If it is something new, it should be filed separately, and, again, there appears to be no need to append it to the complaint.

    **SO ORDERED.**

                                                    _____
                                                  Steven J. McAuliffe
                                                  Chief Judge

January 11, 2008

cc:  Elizabeth J. Campbell, pro se