UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Elizabeth Campbell</u>

       v.                         Case No. 07-cv-276-SM

<u>Hooksett School District, et al.</u>

<u>O R D E R</u>

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated December 18, 2007, for the reasons set forth therein.  The IDEA claims, Rehabilitation Act claims and the pendant State law claims will go forward.  The § 1983 claims alleging constitutional violations and the FERPA claim are hereby dismissed from this action.  The motion for preliminary and permanent injunctive relief is denied.

    SO ORDERED.

January  15, 2008

                                                 _____
                                                 Steven J. McAuliffe
                                                 Chief Judge

cc:    Elizabeth Campbell, pro se